**IN THE UNITED STATES DISTRICT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:23-cv-01418-SBP

Plaintiff: Stephen Williams Administrator Estate of Christopher Williams
vs.

Defendant: Dewey Simpson

**WRIT OF ATTACHMENT**

TO THE MARSHAL OF THE CENTRAL DISTRICT OF ILLINOIS:

We command you to attach the following estate of Dewey Simpson at 746 N Main Street, East Peoria ofin the County of Tazewell and the State of Illinois to the value of $92,855.80 and summons said if to be found in your precinct, to appear in said COURT, within fourteen days after service upon said trustee, and show cause , if any, h/she has, why execution should not issue against him/her for the judgment which may be recovered by said plaintiff against principal defendant and make return of this writ, with your doings therein.
The attachment(s) herein is/are to secure any Judgment or Decree the plaintiff may obtain in this action

WITNESS my hand and seal of the above-captioned court at Denver, Colorado, this ______ day of ___________________, 20____.

Attorney for Plaintiff(s)

_________________________

_________________________
Address

_________________________
City, State, Zip Code

JEFFREY P. COLWELL,

_________________________
Deputy Clerk